**No. 10-6135. Leslie Charles Cohen, Petitioner v. Dudley Terrell, Warden, et al.**

562 U.S. 1106, 131 S. Ct. 848, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9647.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6170. Tyrone Leslie Farris, Petitioner v. Oklahoma.**

562 U.S. 1106, 131 S. Ct. 848, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9739.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6314. LaVern Berryhill, Petitioner v. Frank Howell Seay, Judge, United States District Court for the Eastern District of Oklahoma, et al.**

562 U.S. 1106, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9663.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6545. LaVern Berryhill, Petitioner v. Ronald A. White, Judge, United States District Court for the Eastern District of Oklahoma.**

562 U.S. 1106, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9631.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6551. LaVern Berryhill, Petitioner v. James Hardy Payne, Judge, United States District Court for the Northern District of Oklahoma, et al.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9775.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-7134. Cynthia Jiles, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9683.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 391 Fed. Appx. 574.

**No. 10-7223. Donald Young, et ux., Petitioners v. Chris Di Ferrante.**

562 U.S. 1107, 131 S. Ct. 849, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9635.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 3, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7236. Gary Steven Calhoun, Petitioner v. California.**

562 U.S. 1107, 131 S. Ct. 850, 178 L. Ed. 2d 554, 2010 U.S. LEXIS 9658.

December 13, 2010. Motion of petitioner for leave to proceed in forma paup-